IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

     Plaintiff,                    No. CIV S-06-1480 GEB PAN P

     vs.

O. C. GREEN, et al.,

     Defendants.              FINDINGS & RECOMMENDATIONS

                            /

        On July 26, 2006, the court gave plaintiff 20 days to pay the filing fee and warned him that failure to do so would result in a recommendation that this action be dismissed. The 20-day period has expired and plaintiff has not paid the filing fee or in any way responded to the order.

        Accordingly, it hereby is RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v.*

1

1 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

2 Dated: September 14, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\camp1480.f&r ft 1915(g)